IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JESSICA WILSON,

        Appellant,

                                      Case No. 5D21-1929

v.                                  LT Case No. 2021-CC-703

HERNANDO COUNTY SHERIFF'S OFFICE
ANIMAL ENFORCEMENT UNIT,

        Appellee.

_____/

Decision filed July 19, 2022

Appeal from the County Court
for Hernando County,
Kristie M. Healis, Judge.

Ann M. Allison, of Allison Law
Group, Temple Terrace, for
Appellant.

Kyle J. Benda and Jon A. Jouben,
of Hernando County Attorney's
Office, Brooksville, for Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, EISNAUGLE and HARRIS, JJ., concur.